UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADEKUNLE A. ONATOLU,<br><br>                       Plaintiff,<br><br>         -against-<br><br>CASH APP,<br><br>                       Defendant. | 20-CV-6252 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 7, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the July 9, 2015 order in *Onatolu v. U.S. Army*, ECF 1:15-CV-2829, 4 (S.D.N.Y. July 9, 2015), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 7, 2020
           New York, New York

                                                    COLLEEN McMAHON
                                              Chief United States District Judge